JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RANDOLPH, | CV 19-05482 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

In accordance with the Court's September 27, 2019 Order dismissing the Complaint filed by plaintiff Curtis Randolph ("Plaintiff") with prejudice;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendants Bank of America National Association, Countrywide Home Loans, Countrywide Financial Corporation, Countrywide Securities Corporation, Recontrust Company, N.A., CWABS, Inc., The Mortgage Law Firm, The Wolf Firm, The Bank of New York Mellon, Shellpoint Mortgage Servicing, and Mortgage Electronic Registration Systems, Inc., (collectively "Defendants"), shall have judgment in their favor against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff takes nothing and Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: September 30, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE